**Robert COOPER, Plaintiff-appellant,**

v.

**Brad BRINEGAR; C. or F. Davis, B. Payton; Cpl. Logsdon; Cpl. Wilburn; Cpl. Barb; Cpl. Hendricks; Chief Michael P. Thomas; Cpl. S.A. Wilson; Cpl. R. Conner; Cpl. J. Fontain; Cpl. Hetz; Cpl. M. Davis; Officer Hendricks; S. Dilley; Ronald Shane Weber; Frank Bishop, Jr., Defendants–Appellees,**

**and**

**Secretary Gregg Hershberger; Sergeant Crumpac, Defendants.**

No. 15–7573.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: March 1, 2016.

Robert Cooper, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cooper seeks to appeal the district court's order granting in part and denying in part Defendants' motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Cooper seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*